DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARAIST LAW FIRM, P.A.,**
Appellant,

v.

**PALM BEACH FLORIDA HOTEL AND OFFICE BUILDING LIMITED PARTNERSHIP,** and **NANTUCKET ENTERPRISES, INC.,**
Appellees.

Nos. 4D21-2871, 4D21-3579, 4D21-3580 and 4D22-900

[June 8, 2023]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2008-CA-039646-XXXX-MB.

Patrick W. Maraist of the Maraist Law Firm, P.A., North Palm Beach, for appellant.

Timothy W. Schulz of Timothy W. Schulz, P.A., West Palm Beach, for appellee Palm Beach Florida Hotel and Office Building Limited Partnership.

Alan B. Rose and Gregory S. Weiss of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach, for appellee Nantucket Enterprises, Inc.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***